IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CR. NO.: 17-10038-STA |
| RONALD STEVEN WEBB, | * | |
| Defendant. | * | |

ORDER SETTING CHANGE OF PLEA HEARING AND NOTICE OF SETTING

Upon Motion of the Defendant herein and for good cause shown, this matter is here by

**SET FOR A CHANGE OF PLEA HEARING on Friday, September 8, 2017 at 10:45 a.m.**

IT IS SO ORDERED, this the 29th day of August, 2017.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE